## WATSON v. THE STATE.

FISH, C. J.   There being no complaint that any error of law was committed upon the trial, and the evidence being sufficient to authorize the verdict, the court did not err in refusing to grant a new trial.

*Judgment affirmed.   All the Justices concur.*

JULY 11, 1911.

Indictment for murder. Before Judge J. B. Park. Jasper superior court. May 6, 1911.

*Greene F. Johnson,* for plaintiff in error. *Hewlette A. Hall, attorney-general,* and *Joseph E. Pottle, solicitor-general,* contra.

---

## MAYOR ETC. OF SAVANNAH v. STANDARD FUEL SUPPLY CO.

LUMPKIN, J.   Under the evidence, there was no abuse of discretion in granting an interlocutory injunction in this case.

*Judgment affirmed.   All the Justices concur.*

JULY 11, 1911.

Injunction. Before Judge Charlton. Chatham superior court. March 23, 1911.

*H. E. Wilson* and *David C. Barrow,* for plaintiff in error.

*R. R. Richards* and *Saussy & Saussy,* contra.